No. 803. SAUBER *v.* GLIEDMAN. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Barnabas F. Sears* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal* and *Kathryn H. Baldwin* for respondent.

No. 926, Misc. ADAMS *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 957, Misc. SHANNON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 509, Misc. PROPHET *v.* INDIANA, 365 U. S. 848; and
No. 762, Misc. FLANAGAN *v.* UNITED STATES, 365 U. S. 862. Petitions for rehearing denied.

APRIL 28, 1961.

No. 822. CULINARY & HOTEL SERVICE WORKERS UNION, LOCAL 226, ET AL. *v.* HAUGEN. On petition for writ of certiorari to the Supreme Court of Nevada. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Harold P. Lasker* for petitioners.

MAY 1, 1961.

No. 669. LURK *v.* UNITED STATES. Certiorari, 365 U. S. 802, to the United States Court of Appeals for the District of Columbia Circuit. Motion of *Francis M. Shea,*